UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KATHY ANDERSON, ALICE ARNOLD,           :
SHARON BARNETT, MONICA BAXTER,          :
ANNETE BECK, PAM BECK, MYRA             :
BICKHAM, JEFFRIE BLAZE, CLAIRE          :
DAMON, PATTI DAY, TYISE DUNNAWAY,       :
RAMONA GUIDRY, SANDRA HORN,             :
MARTHA LEACH, GARY LIND, DOLORES        :
LUMELLO, CYNTHIA MARTIN, CHRISTELLE     :
NUNERY,                                 :
                                        :
        Plaintiffs.                     :       Civil Action
v.                                      :       No. 04-11344-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004                         Respectfully submitted,
      Boston, Massachusetts

                                                   /s/Matthew J. Matule
                                                  Matthew J. Matule (BBO #632075)
                                                  SKADDEN, ARPS, SLATE,
Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                              One Beacon Street
Katherine Armstrong                         Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                       (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                                  Boehringer Ingelheim Pharmaceuticals, Inc.